## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Sandra Gebhards, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | Case No. 1:18-cv-111 |
| Total Service Supply, L.P., and | ) | |
| John Parris, Jr., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulation of Dismissal with Prejudice" filed on October 1, 2019.

See Doc. No. 24.  The Court **ADOPTS** the stipulation in its entirety (Doc. No. 24) and **ORDERS**

all claims by and between the parties be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any

party.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2019.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court